IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILBBER TOVAR, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-1693-FB |
| | § | |
| KRISTI NOEM, Secretary, Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; MIGUEL VERGARA, Director, San Antonio Field Office, Immigration and Customs Enforcement; and WARDEN, South Texas ICE Processing Center, | § | |
| | § | |
| *Respondents*. | § | |

***ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT***

Before the Court is Stipulation of Dismissal filed by the parties on October 28, 2026 (ECF No. 15). Petitioner and Respondents agree and stipulate, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), that this case shall be dismissed without prejudice, each party to bear his or its own attorney's fees, costs, and disbursements. The Court finds the stipulation has merit and the case should be dismissed as requested.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to the Stipulation of Dismissal (ECF No. 15), this case is DISMISSED WITHOUT PREJUDICE with each party to bear his or its own attorney's fees, costs, and disbursements. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 29th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE